**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 20-2475-JFW(MAAx)**                                Date:  December 28, 2020

Title:    Orlando Garcia -v- Joy SM, Inc., et al.

**PRESENT:**
   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                                                      **None Present**
   **Courtroom Deputy**                                                 **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
                  None                                                                     None

**PROCEEDINGS (IN CHAMBERS):**     ORDER TO SHOW CAUSE RE: SANCTIONS FOR FAILURE TO APPEAR AT SCHEDULING CONFERENCE

   Counsel are ordered to show cause, in writing, no later than January 5, 2020, why sanctions should not be imposed against them in the amount of $1,500 each for failure to timely complete the court ordered mediation on or before December 14, 2020.

   In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument will be heard unless otherwise ordered by the Court.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.

   IT IS SO ORDERED.

Initials of Deputy Clerk   sr