| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| 2 | Ray Ballister Jr., Esq., SBN 111282 |
|   | Russell Handy, Esq., SBN 195058 |
| 3 | Dennis Price, Esq., SBN 279082 |
|   | Isabel Rose Masanque, Esq., SBN 292673 |
| 4 | 8033 Linda Vista Road, Suite 200 |
|   | San Diego, CA 92111 |
| 5 | (858) 375-7385; (888) 422-5191 fax |
|   | IsabelM@potterhandy.com |
| 6 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia**, | **Case:** 2:20-CV-02475-JFW-MAA |
| Plaintiff, | |
| v. | **Plaintiff's Notice of Motion and Motion for Summary Judgment** |
| **Joy SM, Inc,** a California Corporation; and Does 1-10, | Date: February 22, 2021 |
|  | Time: 1:30 p.m. |
| Defendants. | Ctrm: 7A |
| | Hon. Judge John F. Walter |

To all Parties and their attorneys of record:

Please take notice that on February 22, 2021 at 1:30 p.m. or as soon thereafter as the matter may be heard in the courtroom of the Honorable Judge John F. Walter, located at 350 W. 1st Street, Courtroom 7A, Los Angeles, California, Plaintiff Orlando Garcia will and hereby does move this Court to

enter summary judgment in favor of Plaintiff and against Defendant Joy SM, Inc ('Defendant').

Plaintiff seeks: 1) an Order from the Court requiring Defendant to provide and maintain accessible dining tables at the Tom N Toms located at or about 440 S. Vermont Avenue, Los Angeles, California; and 2) judgment in favor of Plaintiff and against Defendant in the amount of $4,000.

This motion is made on the grounds that there is no genuine dispute as to any material fact and the Plaintiff is entitled to judgment as a matter of law. Plaintiff's motion is brought pursuant to Rule 56 of the Federal Rules of Civil Procedure and is supported by this Notice of and Motion, the Memorandum of Points and Authorities, the separate statement of undisputed material facts filed concurrently herewith, the record and files herein, and such other evidence as may be admitted at the time of the hearing of the motion.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on January 14, 2021. As outlined in the Declaration of Masanque at Docket No. 33, Plaintiff's counsel was unable to obtain the cooperation of defense counsel in preparing and submitting the Joint Statement as required by this court's standing order.

Dated: January 25, 2021        CENTER FOR DISABILITY ACCESS

By: */s/ Isabel Rose Masanque*
Isabel Rose Masanque
Attorneys for Plaintiff